

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 10, 2021

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     ***United States v. Anett Rodrigues*, 21 Mag. 11769**

Dear Judge Davison:

The defendant in the above-referenced case self-surrendered to the courthouse this morning. As a result, the Government respectfully requests that the Court unseal the complaint.

So Ordered 12/10/21

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     /s/ Derek Wikstrom
Derek Wikstrom / Jeffrey C. Coffman
Assistant United States Attorneys
Tel:  (914) 993-1946 / 1940

SO ORDERED:

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE